**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 5, 2021

_____

FEE NOTICE AFTER GRANT
OF PERMISSION TO APPEAL

_____

No. 21-1005,    B.R. v. F.C.S.B.
1:19-cv-00917-RDA-TCB

**FEE: $505 DUE TO DISTRICT COURT: January 20, 2021**

The petition for permission to appeal having been granted, appellant must pay filing fee to the **Clerk, U.S. District**, within 15 days for this appeal to proceed. Appellant must pay the fee to the district court within 15 days or the court will initiate the process set forth in Local Rule 45 to dismiss this case for failure to prosecute.

Emily Borneisen, Deputy Clerk
804-916-2704