# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 12, 2021

_____

## DOCKET CORRECTION NOTICE
_____

No. 21-1005,   <u>B.R. v. F.C.S.B.</u>
               1:19-cv-00917-RDA-TCB

TO:   C.K.

FILING CORRECTION DUE:  January 15, 2021

Please make the correction identified below and file a corrected document by the date indicated.

[X] Documents were incomplete. Please correct as described and refile: Appearance of Counsel form and Disclosure Statement.

Emily Borneisen, Deputy Clerk
804-916-2704