No. 21-01005

In the United States Court of Appeals
for the Fourth Circuit

B.R.,

Plaintiff-Appellee,

v.

F.C.S.B., *et al.*

Defendants-Appellants.

On Appeal from the United States District Court for the
Eastern District of Virginia, No. 1:19-cv-00917-RDA-TCB
Hon. Rossie D. Alston, Jr.

## MOTION OF THE NATIONAL WOMEN'S LAW CENTER *ET AL.* FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF-APPELLEE

Emily Martin
Sunu P. Chandy
Neena Chaudhry
Shiwali Patel
Elizabeth Tang
NATIONAL WOMEN'S LAW
CENTER
11 Dupont Circle N.W.,
Suite 800
Washington, DC 20036
(202) 588-5180

Emily P. Mallen
Kimberly Leaman
Elizabeth T. MacGill
Katy (Yin Yee) Ho
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

*Counsel for Amici Curiae*

*Additional Amici Listed on Next Page*

# ADDITIONAL AMICI CURIAE

Amara Legal Center

American Sexual Health Association

Autistic Self Advocacy Network

Black Women's Health Imperative

Bold Futures NM

California Women Lawyers

Champion Women

Civil Liberties & Public Policy

Clearinghouse on Women's Issues

Coalition of Labor Union Women

Desiree Alliance

Disability Rights Advocates

Equality California

Family Equality

Gender Justice

Girls Inc.

GLSEN

Jobs With Justice

Kentucky Association of Sexual Assault Programs

KWH Law Center for Social Justice and Change

Legal Aid at Work

Legal Momentum, the Women's Legal Defense and Education Fund

Legal Voice

National Alliance to End Sexual Violence

National Asian Pacific American Women's Forum

National Association of Social Workers (NASW)

National Association of Women Lawyers

National Center for Law and Economic Justice

National Coalition Against Domestic Violence

National Crime Victim Law Institute

National Crittenton

National Organization for Women Foundation

National Women's Political Caucus

North Carolina Coalition Against Domestic Violence

North Carolina Coalition Against Sexual Assault

Religious Coalition for Reproductive Choice

Reproaction Education Fund

Sexual Violence Law Center

Sikh Coalition

SisterLove

SisterReach

Stop Sexual Assault in Schools

The National Network to End Domestic Violence

The Women's Law Center of Maryland

Washington Lawyers' Committee for Civil Rights and Urban Affairs

Women Lawyers On Guard Inc.

Women's Bar Association of the District of Columbia

Women's Bar Association of the State of New York

Women's Institute for Freedom of the Press

Women's Law Project

Women's Media Center

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure, the National Women's Law Center and fifty-one additional *amici* (collectively, "*Amici*"), respectfully request leave to file the attached *amici curiae* brief in support of Plaintiff-Appellee.

### IDENTITY AND INTEREST OF MOVANTS

*Amici* are national, state, and local organizations that are committed to ending sex discrimination in education, including giving girls and women the right to be free from sexual harassment to which they are entitled under Title IX.

The National Women's Law Center ("NWLC") is a nonprofit legal advocacy organization dedicated to the advancement and protection of women's legal rights and the rights of all people to be free from educational harassment and sex discrimination. Since 1972, NWLC has focused on issues of importance to women and girls, including working to secure equal opportunity in schools and to ensure that anti-discrimination laws are interpreted correctly to vindicate important protections against discrimination.

### CONSENT OF THE PARTIES

All parties consent to the filing of the proposed *amici curiae* brief.

## REASONS WHY THE PROPOSED *AMICI* BRIEF IS DESIRABLE AND RELEVANT TO THE DISPOSITION OF THIS CASE

Leave to file an *amici* brief is properly granted where sufficiently interested *amici* present a brief that is "desirable" and discusses matters that are "relevant to the disposition of the case." Fed. R. App. P. 29(a)(3). Leave should be granted where the brief "brings relevant matter to the attention of the Court that has not already been brought to its attention by the parties" as such a brief is of "considerable help to the Court." Fed. R. App. P. 29 advisory committee's note to 1998 amendment.

*Amici* have a strong interest in the disposition of this case, which will affect Title IX precedent in this Circuit and may have significant impact on the legal rights of individuals whose interests *Amici* serve—all of whom are entitled to be free from discrimination and harassment in educational settings. *See* Fed. R. App. P. 29(a)(3). As organizations that specialize in studying issues of discrimination, advocating for schools that are free from discrimination (including sex discrimination), and promoting equal opportunity, *Amici* are uniquely situated to provide the Court with information helpful for the resolution of this case beyond the specific perspectives provided by counsel for the parties.

Movants can contribute to the Court's disposition of this case by providing a unique perspective on the many barriers to reporting sexual abuse faced by survivors, particularly young survivors, and why the option to use a pseudonym is critical in their ability to seek justice through the courts.

Accordingly, Movants respectfully request leave to file the attached *amici curiae* brief in support of Plaintiff-Appellee.

Dated: April 22, 2021

Emily Martin
Sunu P. Chandy
Neena Chaudhry
Shiwali Patel
Elizabeth Tang
NATIONAL WOMEN'S LAW CENTER
11 Dupont Circle N.W., Suite 800
Washington, DC 20036
Tel: (202) 588-5180
Fax: (202) 588-5185

Respectfully submitted,

/s/ Emily P. Mallen
Emily P. Mallen
Kimberly Leaman
Elizabeth T. MacGill
Katy (Yin Yee) Ho
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
emallen@sidley.com

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I certify that I caused this document to be electronically filed with the Clerk of the Court using the appellate CM/ECF system on April 22, 2021. All participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Emily P. Mallen
Emily P. Mallen