UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an [Application for Admission](#) before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at [Register for eFiling](#).

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 21-01005 as

☐ Retained  ☐ Court-appointed(CJA)  ☐ CJA associate  ☐ Court-assigned(non-CJA)  ☐ Federal Defender

☑ Pro Bono  ☐ Government

COUNSEL FOR: National Women's Law Center and amici (see attached list)

_____ as the
(party name)

☐ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☑ amicus curiae  ☐ intervenor(s)  ☐ movant(s)

/s/ Emily P. Mallen
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage My Account](#).**

| | |
|---|---|
| Emily P. Mallen | 202-736-8447 |
| Name (printed or typed) | Voice Phone |
| Sidley Austin LLP | 202-736-8711 |
| Firm Name (if applicable) | Fax Number |
| 1501 K Street NW | |
| Washington, DC 20005 | emallen@sidley.com |
| Address | E-mail address (print or type) |

---

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on 4/22/2021 by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☑ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
|  |  |

/s/ Emily P. Mallen                                                                 April 22, 2021
        Signature                                                                             Date

1/28/2020  SCC

# ADDITIONAL AMICI CURIAE

Amara Legal Center

American Sexual Health Association

Autistic Self Advocacy Network

Black Women's Health Imperative

Bold Futures NM

California Women Lawyers

Champion Women

Civil Liberties & Public Policy

Clearinghouse on Women's Issues

Coalition of Labor Union Women

Desiree Alliance

Disability Rights Advocates

Equality California

Family Equality

Gender Justice

Girls Inc.

GLSEN

Jobs With Justice

Kentucky Association of Sexual Assault Programs

KWH Law Center for Social Justice and Change

Legal Aid at Work

Legal Momentum, the Women's Legal Defense and Education Fund

Legal Voice

National Alliance to End Sexual Violence

National Asian Pacific American Women's Forum

National Association of Social Workers (NASW)

National Association of Women Lawyers

National Center for Law and Economic Justice

National Coalition Against Domestic Violence

National Crime Victim Law Institute

National Crittenton

National Organization for Women Foundation

National Women's Political Caucus

North Carolina Coalition Against Domestic Violence

North Carolina Coalition Against Sexual Assault

Religious Coalition for Reproductive Choice

Reproaction Education Fund

Sexual Violence Law Center

Sikh Coalition

SisterLove

SisterReach

Stop Sexual Assault in Schools

The National Network to End Domestic Violence

The Women's Law Center of Maryland

Washington Lawyers' Committee for Civil Rights and Urban Affairs

Women Lawyers On Guard Inc.

Women's Bar Association of the District of Columbia

Women's Bar Association of the State of New York

Women's Institute for Freedom of the Press

Women's Law Project

Women's Media Center