FILED: November 2, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 21-1005
(1:19-cv-00917-RDA-TCB)

———————————————

B.R.

       Plaintiff - Appellee

v.

F.C.S.B.; S.T.; A.F.; P.A.H.; T.B.; B.H.; M.P.F.; M.C.; F.T.; J.F.; C.K.; J.O.

       Defendants - Appellants

 and

MIKE AND MARY ROES 1-15

       Defendant

-------------------------------

NATIONAL WOMEN'S LAW CENTER AND 51 ADDITIONAL
ORGANIZATIONS

       Amicus Supporting Appellee

———————————————

J U D G M E N T

———————————————

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK