

**1115 H Street, NE, Unit 101**
**Washington, DC  20002**
**(202) 789-0096**
**briefs@wilsonepes.com**
**www.wilsonepes.com**

# Invoice

| Invoice # | Date |
|---|---|
| 33049 | Jun 30 2021 |

Goldstein & Russell P.C.
7475 Wisconsin Ave. Suite 850
Bethesda, MD  20814

Attn:  Tejinder Singh, Esq.

| Quantity | Item | Price |
|---|---|---|
| 4 | 4th Circuit Response No. 21-1005 (BR v. FCSB) | $310.00 |

*We moved. Our new address is 1115 H ST NE, Unit 101.*
*Same street, same great customer experience!*

TERMS:

Due upon receipt, checks are payable to Wilson-Epes Printing Co, Inc.

Contact robyndorsey@wilsonepes.com for questions or additional payment options.

| | |
|---|---|
| Price Total | $310.00 |
| Subtotal | $310.00 |
| **Total** | **$310.00** |

FEIN # 52-0897624