FILED: November 24, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1005
(1:19-cv-00917-RDA-TCB)

_____

B.R.

       Plaintiff - Appellee

v.

F.C.S.B.; S.T.; A.F.; P.A.H.; T.B.; B.H.; M.P.F.; M.C.; F.T.; J.F.; C.K.; J.O.

       Defendants - Appellants

 and

MIKE AND MARY ROES 1-15

       Defendant

------------------------------

NATIONAL WOMEN'S LAW CENTER AND 51 ADDITIONAL ORGANIZATIONS

       Amicus Supporting Appellee

_____

M A N D A T E
_____

The judgment of this court, entered November 2, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*